IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG CUNNINGHAM, on behalf of himself and others similarly situated, | Case No. 1:19-cv-3713 |
| | Judge Rowland |
| Plaintiff, | |
| v. | |
| INTELEMEDIA COMMUNICATIONS, INC., INTELEMEDIA PREMIER LEADS LLC, JOHN DOE ALLSTATE AGENCY, and THE ALLSTATE CORPORATION, | |
| Defendants. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT THE ALLSTATE CORPORATION ONLY**

Pursuant to and in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Craig Cunningham hereby voluntarily dismisses his claims in the above-entitled action against Defendant The Allstate Corporation without prejudice. Nothing in this dismissal is, or shall be construed to be, a dismissal of Plaintiff's claims against any defendant other than The Allstate Corporation.

PLAINTIFF,
By his attorneys

**/s/ Brian K. Murphy**
Brian K. Murphy (6225697)
Jonathan P. Misny
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
(614) 488-0400
(614) 488-0401 facsimile
murphy@mmmb.com
misny@mmmb.com

Lauren E. Urban (6293832)
2425 N. Spaulding Ave., Floor 2
Chicago, IL 60647
(419) 344-1146
lauren.elizabeth.urban@gmail.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Matthew P. McCue (admitted *pro hac vice*)
Law Office of Matthew P. McCue
1 South Avenue, Third Floor
Natick, MA 01760
(508) 655-1415
mmccue@massattorneys.net

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2019, the following was electronically filed via the Court's CM/ECF system, which will effect service on all counsel of record.

**/s/ Brian K. Murphy**
Brian K. Murphy