# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Craig Cunningham

                                                Plaintiff,

v.                                                                          Case No.: 1:19–cv–03713

                                                                              Honorable Mary M. Rowland

Intelemedia Communications, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to plaintiff's notice of voluntary dismissal [36] pursuant to FRCP 41(a)(1)(A)(i), this case is hereby dismissed against all defendants without prejudice. Each party shall bear its own costs. Status hearing previously set for 10/10/19 is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.